IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAURANG KUMAR PATEL,  :
        *Petitioner,*  :

                 :

        v.  :   **CIVIL NO. 26-3925**

                 :

JAMAL L. JAMISON et al.,  :
        *Respondents.*  :

                 :

## ORDER

**AND NOW**, this **9th** day of **June 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **June 12, 2026**, **SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted. It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email promptly the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov.

                         **BY THE COURT:**

                         */S/ Kai N. Scott*

                         **HON. KAI N. SCOTT**
                         **United States District Court Judge**